AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 23-cr-009 (DG) |
| Terrence Wise | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Terrence Wise                                                                                                                        .

Date:   07/02/2024                                                                /s/ Kathryn Wozencroft
*Attorney's signature*

Kathryn Wozencroft
*Printed name and bar number*

Federal Defenders of New York
One Pierrepont Plaza - 16th Floor
Brooklyn, New York 11201
*Address*

kathryn_wozencroft@fd.org
*E-mail address*

(718) 330-1207
*Telephone number*

(718) 855-0760
*FAX number*