# NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
## N.C. VITAL RECORDS
### CERTIFICATE OF DEATH

STATE FILE NO. ********

**DECEDENT — TYPE/PRINT IN PERMANENT BLACK, BLUE-BLACK OR BLUE INK**

**DECEDENT'S LEGAL NAME**
- 1a. FIRST: Terrence
- 1b. MIDDLE: *****
- 1c. LAST: Wise
- 1d. SUFFIX: *****
- 1e. LAST NAME PRIOR TO FIRST MARRIAGE: *****
- aka: (blank)

| Field | Value |
|---|---|
| 2. SEX | Male |
| 3a. AGE-LAST BIRTHDAY (Yrs) | 56 |
| 3b. UNDER 1 YEAR (Months/Days) | |
| 3c. UNDER 1 DAY (Hours/Minutes) | |
| 4. DATE OF BIRTH | JUL 05, 1969 |
| 5. BIRTHPLACE | Kings, NY |
| 6. DATE OF DEATH | November 02, 2025 |
| 7a. PLACE OF DEATH | Inpatient |
| 7b. FACILITY NAME | Federal Medical Center (Butner) |
| 7c. COUNTY OF DEATH | Granville |
| 8. MARITAL STATUS | Never married |
| 9. SURVIVING SPOUSE | |
| 10a. DECEDENT'S USUAL OCCUPATION | Unknown |
| 10b. KIND OF BUSINESS/INDUSTRY | Unknown |
| 11. DECEDENT'S SOCIAL SECURITY NUMBER | ***-**-**** |
| 12a. RESIDENCE—STATE OR FOREIGN COUNTRY | New York |
| 12b. RESIDENCE—COUNTY | Kings |
| 12c. RESIDENCE—CITY OR TOWN | Brooklyn |
| 12d. RESIDENCE—STREET AND NUMBER | 372 Blake Avenue |
| 12e. INSIDE CITY LIMITS | No |
| 12f. ZIP CODE | 11212 |
| 13. WAS DECEDENT EVER IN U.S. ARMED FORCES? | No |
| 14. DECEDENT'S EDUCATION | High School graduate or GED completed |
| 15. DECEDENT OF HISPANIC ORIGIN? | Not Spanish/Hispanic/Latino |
| 16. DECEDENT'S RACE | Black or African American |

**PARENTS**
- 17. FATHER/PARENT NAME: James Wise
- 18. MOTHER/PARENT NAME: Bessie Drake

**INFORMANT**
- 19a. INFORMANT'S NAME: Tanieka Scott
- 19b. RELATIONSHIP TO DECEDENT: Daughter
- 19c. MAILING ADDRESS: 2250 W 11th Street 15F, Brooklyn, NY 11223

**DISPOSITION**
- 20a. METHOD OF DISPOSITION: Cremation
- 20b. PLACE OF DISPOSITION: First Cremation Society
- 20c. LOCATION: Louisburg, North Carolina
- 21a. SIGNATURE OF FUNERAL DIRECTOR: Melanie Jordan (Signature on File)
- 21b. LICENSE NO.: FS3613
- 21c. NAME OF EMBALMER: (blank)
- 21d. LICENSE NO.: (blank)
- 22. NAME AND ADDRESS OF FUNERAL HOME: Lancaster Funeral & Cremation Services, LLC, 804 N Bickett Blvd, Louisburg, NC 27549

**MEDICAL CERTIFICATION**

23. Part I. Chain of events:
- a. IMMEDIATE CAUSE: Stage IIB Non Small Cell Lung Adenocarcinoma — Approximate interval: Years
- b. (blank)
- c. (blank)
- d. (blank)

PART II. Other significant conditions: (blank)

- 24a. WAS AN AUTOPSY PERFORMED? No
- 24b. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? (blank)
- 25. MANNER OF DEATH: Natural
- 26. WAS CASE REFERRED TO MEDICAL EXAMINER? Yes
- 27. TIME OF DEATH (Approximate): 1205
- 28. DID TOBACCO USE CONTRIBUTE TO DEATH? Unknown
- 29. PREGNANCY STATUS: Not Applicable

**MEDICAL EXAMINER ONLY**
- 30. DATE PRONOUNCED: 11/02/2025
- 31a. DATE OF INJURY: (blank)
- 31b. TIME OF INJURY: (blank)
- 31c. INJURY AT WORK?: (blank)
- 31d. PLACE OF INJURY: (blank)
- 31e. IF TRANSPORTATION INJURY SPECIFY: (blank)
- 31f. DESCRIBE HOW INJURY OCCURRED: (blank)
- 31g. LOCATION OF INJURY: (blank)

**CERTIFIER**
32. CERTIFIER: I certify that, to the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner stated.
- 33a. SIGNATURE AND TITLE OF CERTIFIER: Christopher Neil Milton, ME (Signature Authenticated)
- 33b. LICENSE NO.: ****
- 33c. DATE SIGNED: 11/05/2025
- 33d. NAME AND ADDRESS OF CERTIFIER: Christopher Neil Milton, 74 Dickie Drive, Henderson, NC 27537
- 34. CASE ID NUMBER: 12080414

**REGISTRAR**
- 35. SIGNATURE OF LOCAL REGISTRAR: (blank)
- 36. LOCAL FILE DATE: (blank)
- 37. DATE REGISTERED BY STATE: (blank)

ITEM(S) AND DATE(S) CORRECTED/AMENDED: (blank)

DHHS 1872 (REVISED 03/04/2019) N.C. VITAL RECORDS

WORKING COPY